UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHARON D. ROBINSON, | CIVIL NO. 05-582 (JMR/AJB) |
| PLAINTIFF, | ORDER |
| V. | ON PLAINTIFF'S APPLICATION |
| | FOR ATTORNEY FEES UNDER THE EAJA |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

FAY E. FISHMAN, ESQ., PETERSON & FISHMAN, P.L.L.P., ON BEHALF OF PLAINTIFF, SHARON D. ROBINSON.

LONNIE F. BRYAN, ESQ., ASSISTANT UNITED STATES ATTORNEY ON BEHALF OF DEFENDANT, JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 9, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Robinson's Motion for Attorney Fees [Docket No. 26] is **granted;** and

2. Attorney fees in the amount of $6929.62 is awarded to Robinson.

Dated: July 3, 2006

                                                            s/James M. Rosenbaum
                                                            James M. Rosenbaum
                                                            Chief Judge, United States District Court